# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

SHELLY WHITE                                                                      PLAINTIFF

v.                                NO. 3:17-CV-311-BD

SOCIAL SECURITY ADMINISTRATION                                DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, is REVERSED, and this case is REMANDED for proceedings specified in the Court's order.

DATED this 19th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE