IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHELLY WHITE                                                                         PLAINTIFF

V.                         CASE NO. 3:17-CV-311-BD

SOCIAL SECURITY ADMINISTRATION                                  DEFENDANT

# ORDER

Plaintiff Shelly White has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket entry #15) She seeks fees and expenses in the amount of $4,453.37. (*Id.*) The Commissioner does not object to the amount requested. (#17)

Ms. White's motion (#15) is GRANTED, and the Commissioner is directed to pay $4,453.37 in fees and expenses, subject to offset if she has outstanding government debt.

DATED this 28th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE